

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Bob Deuell v. Texas Right to Life Committee, Inc.

Appellate case number:   01-15-00617-CV

Trial court case number: 2014-32179

Trial court:             152nd District Court of Harris County

      It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                    Acting for the Court

Panel consists of:   Justices Jennings, Bland, and Huddle

Jennings, J., dissenting from denial of rehearing.


Date: <u>December 29, 2016</u>